**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Deon A. Paylor<br><br>         <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-12866 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                  Respectfully submitted,

                  **/s/ Kevin G. McDonald, Esquire**
                  Kevin G. McDonald, Esquire
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 627-1322 FAX (215) 627-7734