# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12866-AMC

DEON A PAYLOR

7661 BRENTWOOD ROAD

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DEON A PAYLOR

    7661 BRENTWOOD ROAD

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    MICHAEL D. SAYLES ESQ
    427 W. CHELTENHAM AV
    SUITE 2
    ELKINS PARK, PA 19027-3291

Date: 12/13/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee