UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Deon Paylor**                  :     Chapter 13
                                      :
                                      :
                   Debtor         :     Bankruptcy No. **18-12866/amc**

## ORDER OF COURT

Upon consideration of the Application for Compensation and Reimbursement of Expenses for **Michael D. Sayles, Esquire**, counsel for Debtor (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing on **August 27, 2019,** IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation Chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on  September 24, 2019 at  11    :00  A.M in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within  fifteen (15) days** of the entry of this Order.

**Date: August 28, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge

cc:     Michael D. Sayles, Esquire
         427 West Cheltenham Avenue
         Elkins Park, PA 19027

Deon Paylor
7661 Brentwood Road
Philadelphia, PA 19151


William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

**All Creditors listed on the attached mailing matrix**

.

KML Law Group, PC
Suite 5000-BNY Independence Center
701 Market Street
Philadelphia, PA 19106


Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17105-5057