```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                                   Case No. 18-12866-amc
Deon A. Paylor                                                           Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett           Page 1 of 1          Date Rcvd: Aug 28, 2019
                              Form ID: pdf900           Total Noticed: 10
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db             +Deon A. Paylor,    7661 Brentwood Road,    Philadelphia, PA 19151-2022
14098831       +KML Law Group, PC,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14113633       +Mariner Finance, LLC,   8211 Town Center Drive,    Nottingham, MD 21236-5904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 29 2019 03:03:45    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2019 03:03:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 29 2019 03:03:39    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
14126759       +E-mail/Text: g20956@att.com Aug 29 2019 03:03:51    AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14211223        E-mail/Text: megan.harper@phila.gov Aug 29 2019 03:03:45    Water Revenue Bureau,
                 c/o Pamela Elchert Thurmond,    Law Department Tax Unit,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14122098       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2019 03:03:32    Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14098832       +E-mail/Text: blegal@phfa.org Aug 29 2019 03:03:34    Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14192894*      +PENNSYLVANIA HOUSING FINANCE AGENCY,    211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL D. SAYLES    on behalf of Debtor Deon A. Paylor midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Deon Paylor**  :  Chapter 13
:
:
Debtor  :  Bankruptcy No. **18-12866/amc**

## ORDER OF COURT

Upon consideration of the Application for Compensation and Reimbursement of Expenses for **Michael D. Sayles, Esquire**, counsel for Debtor (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing on **August 27, 2019,** IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation Chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on  September 24, 2019 at  11 :00  A.M in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within  fifteen (15) days** of the entry of this Order.

**Date: August 28, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge

cc:  Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Elkins Park, PA 19027

Deon Paylor
7661 Brentwood Road
Philadelphia, PA 19151


William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

**All Creditors listed on the attached mailing matrix**

KML Law Group, PC
Suite 5000-BNY Independence Center
701 Market Street
Philadelphia, PA 19106


Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17105-5057