IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Deon Paylor**                )           Chapter 13
                                       )
                                       )
       Debtor                          )
                                       )     Bankruptcy No.: **18-12866\amc**

# CERTIFICATE OF NO RESPONSE TO APPLICATION FOR COUNSEL FEES and\or ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to the APPLICATION FOR COUNSEL FEES and\or the ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES.

Date: September 23, 2019                    Respectfully Submitted,

                                            **\s\ Michael D. Sayles**
                                            Michael D. Sayles
                                            Attorney for Debtor
                                            427 W. Cheltenham Ave #2
                                            Elkins Park, PA  19027
                                            215-635-2270 (phone)
                                            215-424-1263 (fax)